# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kosher Supervision Service Inc. and Kosher Supervision Service Inc. d/b/a Kof-K Kosher Supervision, | Civil Action No.: |
| Plaintiff, | **RULE 7.1 DISCLOSURE STATEMENT** |
| -against- | |
| Limson Trading, Inc., | |
| Defendant. | |

Pursuant to Fed.R.Civ.P. 7.1, the undersigned counsel for Plaintiffs, Kosher Supervision Service Inc. and Kosher Supervision Service Inc. d/b/a Kof-K Kosher Supervision certifies that it is not publicly held nor does it have any corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: July 19, 2022

Law Offices of Jan Meyer and Associates, P.C.

/s/ Richard L. Elem

Richard L. Elem, Esq.
Attorney for Plaintiffs
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666